**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

2023 JUN 16 PM 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 13, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Denise J. Casper
1 Courthouse Way
Boston, MA 02210

### RE: Ritrovato v. UMass Five College Federal Credit Union Case #: 1-23-CV-10685-DJC

Judge Casper,

Since plaintiff is filing pro se and with a motion to proceed without prepayment of fees in order to summons the defendant, UMass Five College FCU, the summons must be signed by the clerk, bear the court's seal and be served by the Federal Marshall's office.

I am requesting the clerk's signature and fixture of the court's seal and service by the Marshall's office of the attached summons on the defendant. I have included a copy of the complaint as filed. I request that the clerk's office please inform me if there are any additional form requirements for Marshall's service.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato