**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA  02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

2023 JUN 22 PM 12: 04

June 17, 2023


U.S. DISTRICT COURT
DISTRICT OF

John Joseph Moakley U.S. Courthouse
The Honorable Judge Denise J. Casper
1 Courthouse Way
Boston, MA 02210

RE:  **Ritrovato v. UMass Five College Federal Credit Union Case #: 1-23-CV-10685-DJC**

Judge Casper,

I received this correspondence by email (attached) in response to my April 16, 2023, letter notifying the UMass Five FCU of complaint filing which included the delivery of subpoena that I had requested of the court.

I delivered in person another copy of notice of filing letter on Monday June 12, 2023 at 11:00 am to the Worcester Branch of UMass Five to obtain production for the same reasons announced in the notice and in my request of the court.

The letter of correspondence, my notice of filing to the defendant, and my email response are included with this letter in response to that meeting on Monday June 12 for the court. A copy of the complaint and the subpoena which were included with my letter of correspondence to the FCU were both filed with the court on March 29, 2023, and dated April 2, 2023 and entered on April 18, 2023 respectively are not included in this letter.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato