Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED IN CLERKS OFFICE
2023 JUN 22 PM 12: 04
DISTRICT COURT

April 16, 2023

UMass Five College Federal Credit Union
Attention Branch Manager and/or General Counsel
Murray D. Lincoln Campus Center, Room 224,
University of Massachusetts Amherst, MA 01003

RE:   Nicholas A. Ritrovato, III v. UMass Five College Federal Credit Union Case No. 1-23-CV-10685-DJC

Dear Sir or Madam,

I have filed a case in federal civil court on March 29, 2023, regarding one of your share deposit accounts. The case pertains to bank fraud and identity theft. I am writing to request subpoena production that uncovering the exact fraud which occurred and is occurring here is important in identifying the appropriate relief or settlement amount. I have included my thoughts on that and request that the federal credit union offer settlement.

My initial complaint indicates that $73,000,000.00 in bank fraud occurred where UMass Five College Federal Credit Union employees aided and abetted bank robbers in committing bank fraud utilizing the UMass Five College Federal Credit Union banking systems. The relief and settlement amount that I would recommend the credit union offer is the fraud amount plus interest compounded annually, $485,365,200.55

I have attached a copy of that complaint and a copy of my recent subpoena request
Please inform me of how and when the federal credit union would like to settle. I would be pleased to meet with you in your office to finalize the settlement. Otherwise, I will be seeking additional legal action against the UMass Five College Federal Credit Union which will not be limited to civil court.

Thanks

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato

Case 1:23-cv-10685-DJC   Document 7-1   Filed 06/22/23   Page 2 of 5

## Re: Ritrovato, III v. UMassFive College FCU / Case No. 1:23-CV-10685-DJC

From:  Ritrovato, Nicholas A. (nicholas_ritrovato@yahoo.com)

To:    johnsonk@litchfieldcavo.com; adukonis@litchfieldcavo.com; nicholas_ritrovato@yahoo.com

Date:  Saturday, June 17, 2023 at 07:41 AM EDT

```
Ms Adukonis and Ms. Johnson,

The subpoena was issued in accordance with the federal rules of civil procedure.
Your objection is of no consequence. You are required to produce. Please stop
being disruptive immediately. Do you have any plans of filing this objection
with the court? Do you have an engagement letter or contract signed by an
officer or director or other agent that has the power to bind the UMass Five
FCU? Your letter in response to notification of complaint filing and subpoena
delivery acknowledges subpoena service in person and via US Mail. You should be
held in contempt.

Thank you


------------------------------------
Nicholas Ritrovato
9 Wesley Park
Somerville, MA 02143
telephone (617) 764-5181
mobile text(617) 767-2056
nicholas_ritrovato@yahoo.com
------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material. Any review, re-transmission, dissemination or
other use of, or taking of any action in reliance upon, this information by persons or entities
other than the intended recipient is prohibited. If you received this in error, please contact the
sender and delete the material from any computer.
------------------------------------
```

On Friday, June 16, 2023 at 02:35:53 PM EDT, Johnson, Kerri <johnsonk@litchfieldcavo.com> wrote:

Good afternoon.

Please see the attached correspondence in connection with the above matter being sent to you on behalf of Nora Adukonis. Thank you.

**PLEASE NOTE: ANY ATTACHMENTS TO THIS EMAIL ARE BEING <u>SENT BY EMAIL ONLY</u>. PLEASE ADVISE IF YOU WOULD LIKE A HARD COPY MAILED TO YOU.**

**Kerri M. Johnson**

Legal Assistant to:

Angela L. Linson

Tamar L. Hagopian

Nora R. Adukonis

Case 1:23-cv-10665-DJC    Document 7-1    Filed 06/22/23    Page 3 of 5

Gayatri R. Deodhar

D 781.309.1516 | O 781.309.1500 | F 781.246-0167

JohnsonK@LitchfieldCavo.com



# LITCHFIELD
ATTORNEYS AT LAW **CAVO** L.L.P

6 Kimball Lane | Suite 200 | Lynnfield, MA 01940-2681

www.LitchfieldCavo.com

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

📎 NRA Ritrovato Ltr 6.16.2023.pdf
128.3kB



**WRITER'S ADDRESS:**
6 Kimball Lane | Suite 200
Lynnfield, MA 01940-2682
D 781-309-1521
F 781-246-0167

Nora R. Adukonis
Email: Adukonis@LitchfieldCavo.com

June 16, 2023

**VIA ELECTRONIC MAIL (nicholas_ritrovato@yahoo.com)**
**AND CERTIFIED MAIL – RETURN RECEIPT**
**CMRR#: 7013 2630 0000 0415 8488**

Nicholas Ritrovato
9 Welsey Park
Somerville, MA 02143

      RE:    <u>Ritrovato, III v. UMassFive College FCU</u>
               Case No. 1:23-CV-10685-DJC
               LC File No. 3599-1236

Dear Mr. Ritrovato:

      I represent UMass Five College Federal Credit Union ("UMass Five FCU") in connection with Case No. 1:23-CV-10685-DJC. As discussed in further detail below, it is UMass Five FCU's position that:

(1) UMass Five FCU has not been served in accordance with Fed. R. Civ. P. 4, no waiver of service has been requested under Fed. R. Civ. P. 4(d)(1), and service has not been waived, and accordingly, UMass Five FCU is not yet required to respond to the complaint, and no notice of appearance is required of its counsel;

(2) UMass Five FCU has not been properly served with a document subpoena under Fed. R. Civ. P. 30, or 45, or document requests under Fed. R. Civ. P. 34, and accordingly, is not required to produce documents for inspection at this time;

(3) UMass Five FCU declines to make an offer of settlement at this time.

**<u>UMass Five has not been served.</u>** Fed. R. Civ. P. 4(c) provides, in pertinent part, that "[a] summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Service must be made by "[a]ny person who is at least 18 years old and not a party may serve a summons and complaint." Fed R. Civ. P. 4(d) provides that formal service may be waived, if waiver forms are provided and an appropriate time given to respond subsequent to waiver.

---

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com


LITCHFIELD CAVO LLP
ATTORNEYS AT LAW

Nicholas Ritrovato
June 16, 2023
Page 2

UMass Five FCU has received from you in connection with this matter, by regular US Mail, a copy of your complaint. It was sent with a letter demanding settlement. It was sent without a summons. It was sent without a request to waive service. Accordingly, UMass Five FCU has not been properly joined and/or served in this lawsuit, and does not waive service.

**UMass Five is not required to respond to a defective subpoena**. UMass Five FCU also received, by regular mail, an unsigned copy of a subpoena form. The subpoena is not signed by the clerk of court, and it has not been notarized. It provided less than thirty days for response, although directed at a party. Furthermore, it seeks discovery prior to the time permitted by Fed. R. Civ. P. 26(d)(1), without justification or certification as contemplated by Fed. R. Civ. P. 30(a).

Finally, UMass Five FCU has reviewed your Complaint, and the demand letter appended. UMass Five FCU declines to make an offer of settlement at this time. **UMass Five FCU respectfully requests that any communication concerning this matter be directed to me.** Any written correspondence – except for service as required by Fed. R. Civ. P. 4 – may be sent to the mailing and email address on this letter.

Your prompt attention to this matter is greatly appreciated.

Warmest regards,

Nora R. Adukonis

NRA/kmj