UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS A. RITROVATO, III, <br><br> Plaintiff, <br><br> v. <br><br> UMASS FIVE COLLEGE FEDERAL CREDIT UNIT, <br><br> Defendant. | Civil Action No. 23-cv-10685-DJC |

## FINAL ORDER OF DISMISSAL

**CASPER, J.**                                                                                                           July 12, 2023

For the reasons stated in the Order dated July 12, 2023, this action is dismissed.

ROBERT M. FARRELL
CLERK OF COURT


Dated: 7/12/2023                          By /s/ Lisa Hourihan
                                                              Deputy Clerk