UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS A. RITROVATO III, | |
| Plaintiff, | |
| v. | Civil Action No. 23-10685-DJC |
| UMASS FIVE COLLEGE FEDERAL CREDIT UNION | |
| Defendants | |

## OBJECTION and MOTION TO VACATE ORDERS OF DISMISSAL.

PLAINTIFF hereby objects to and motions to vacate the orders of dismissal in civil action 23-10685-DJC (Doc. nos. 9 & 10) filed July 12, 2023 in the clerk's office.

In the balance of any claim of wrongdoing (bank fraud) violating a federal statute and creating a federal question PLAINTIFF references a tortuous claim of self enrichment. DEFENDANTS manipulating irrevocable gifts, gifts that represent PLAINTIFF's personal property, using the bank systems to extract the check proceeds on multiple presentments as many as 19 times in some instances.

PLAINTIFF identifies this tortuous claim of self enrichment (a violation of his common law rights) in the manipulation of irrevocable gifts as an injury PLAINTIFF sustained for which an individual civil right of action exists in pleadings and in his statement of claim.

One further argues that the checks were illegally endorsed by DEFENDANTS in violation of the Uniform Commercial Code a federal law.

One argues even further that Federal Credit Union status would prove pertinent the tortuous claim being brought in the United States District Court, District of Massachusetts.

This _13th_ day of _July_, 2023
Signature of Plaintiff _/s/ N. Ritrovato III_
Printed Name of Plaintiff   Nicholas A. Ritrovato, III

| | |
|---|---|
| Signature of Attorney | *[signature]* pro se |
| Printed Name of Attorney | Nicholas A. Ritrovato, III pro se |
| Bar Number | pro se |
| Name of Law Firm | pro se |
| Street Address | 9 Wesley Park, Somerville |
| State and Zip Code | MA, 02143 |
| Telephone Number | 617-764-5181 |
| Mobile Telephone Number | 617-767-2056 |
| E-mail Address | nicholas_ritrovato@yahoo.com |