**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

July 24, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Denise J. Casper
1 Courthouse Way
Boston, MA 02210

RE: Petition to obtain summary of facts judgment and Motion for court ordered subpoena production in <u>Ritrovato v. UMass Five College Federal Credit Union Case #: 1-23-CV-10685-DJC</u>

Judge Casper,

Plaintiff is ***petitioning summary of facts judgment*** from the court after having requested summons via USPS mail on June 12 in <u>**Ritrovato v. UMass Five College Federal Credit Union Case #: 1-23-CV-10685-DJC**</u>.

Plaintiff hereby ***motions for court ordered subpoena production*** regarding in person subpoena production request at the Worcester UMass Five branch on June 12, 2023, following up on the motion to hold in contempt Kathleen Bates on refusal of said subpoena production in the referenced matter.

Production of statements would be acceptable in CD format (PDF or comparable file format) and/or print format by USPS mail to the plaintiff's home address listed above.

Best regards,

*[signature: N.A. Ritrovato, III]*

Nicholas Ritrovato